# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DISTRICT

| | |
|---|---|
| JUAN MANUEL LOPEZ-CAMPOS,<br><br>Petitioner,<br><br>v.<br><br>KEVIN RAYCRAFT, in his official capacity as Acting Field Office Director of Enforcement and Removal Operations, Detroit Field Office, Immigration and Customs Enforcement; Kristi NOEM, in her official capacity as Secretary, U.S. Department of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; Pamela BONDI, in her official capacity as U.S. Attorney General; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,<br><br>Respondents. | Case No. 2:25-cv-12486<br><br>Hon. Brandy R. McMillion<br><br>Mag. Elizabeth A. Stafford |

## **STIPULATED ORDER TO SHOW CAUSE**

The parties, by and through their undersigned counsel who are authorized to enter into this stipulated order on their behalf, stipulated and agree to, and the Court **HEREBY ORDERS**, the following:

1

2

1. Respondents must **SHOW CAUSE** why the Petition for Writ of Habeas Corpus (ECF No. 1, PageID.1) should not be granted by **August 20, 2025**;

2. Petitioner shall have an opportunity to file a **Reply no later than three business days after being served with Respondents' Response**;

3. This matter shall be heard by this Court on **August 27, 2025 at 1:00 p.m.**;

4. The Clerk of Court shall **SERVE** the petition and the instant order upon the U.S. Attorney for the Eastern District of Michigan via facsimile transmission, and first-class mail, upon Respondents via first-class mail; and upon all attorneys of record via ECF.

**IT IS SO ORDERED.**

Dated:  August 14, 2025              s/Brandy R. McMillion
                                     UNITED STATES DISTRICT JUDGE
                                     BRANDY R. MCMILLION

SO STIPULATED AND AGREED BY:

| | |
|---|---|
| */s/ Ramis J. Wadood* | Jerome F. Gorgon, Jr. |
| Ramis J. Wadood (P85791) | United States Attorney |
| Philip E. Mayor (P81691) | |
| Miriam J. Aukerman (P63165) | *s/Zak Toomey (with consent)* |
| Bonsitu Kitaba-Gaviglio (P78822) | Zak Toomey (MO 61618) |
| American Civil Liberties Union | Assistant U.S. Attorney |
|     Fund of Michigan | 211 W. Fort St., Ste. 2001 |
| 2966 Woodward Avenue | Detroit, MI  48226 |
| Detroit, MI  48201 | 313-226-9617 |
| (313) 578-6800 | zak.toomey@usdoj.gov |
| rwadood@aclumich.org | |
| | *Attorneys for Respondents* |
| Shahad Atiya (P80947) | |
| Cooperating Attorney | |
| American Civil Liberties Union | |
|     Fund of Michigan | |
| 30701 Woodward Avenue, Suite 201 | |
| Royal Oak, Michigan, 48073 | |
| (248) 951-2450 | |
| satiya@atiyalaw.com | |

*Attorneys for Petitioner*