UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JUAN MANUEL LOPEZ-CAMPOS,<br><br>       Petitioner,<br><br>v.<br><br>KEVIN RAYCRAFT, in his official capacity as Acting Field Office Director of Enforcement and Removal Operations, Detroit Field Office, Immigration and Customs Enforcement; Kristi NOEM, in her official capacity as Secretary, U.S. Department of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; Pamela BONDI, in her official capacity as U.S. Attorney General; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,<br><br>       Respondents. | Case No. 2:25-cv-12486<br><br>Hon. Brandy R. McMillion<br><br>Mag. Judge Elizabeth A. Stafford |

## STIPULATED ORDER GRANTING LEAVE
## TO EXCEED PAGE LIMIT

The parties, by and through their undersigned counsel who are authorized to enter into this stipulated order on their behalf, stipulate and agree to, and the Court hereby orders, that Petitioner may file an enlarged reply brief no longer than **fourteen (14) pages**.

**IT IS SO ORDERED.**

Dated: August 25, 2025

s/Brandy R. McMillion
HON. BRANDY R. MCMILLION
UNITED STATES DISTRICT JUDGE

SO STIPULATED AND AGREED BY:

*/s/ Ramis J. Wadood*
Ramis J. Wadood (P85791)
Philip E. Mayor (P81691)
Miriam J. Aukerman (P63165)
Bonsitu Kitaba-Gaviglio (P78822)
American Civil Liberties Union
   Fund of Michigan
2966 Woodward Avenue
Detroit, MI 48201
(313) 578-6800
rwadood@aclumich.org

Shahad Atiya (P80947)
Cooperating Attorney
American Civil Liberties Union
   Fund of Michigan
30701 Woodward Avenue, Suite 201
Royal Oak, Michigan, 48073
(248) 951-2450
satiya@atiyalaw.com

*Attorneys for Petitioner*

Jerome F. Gorgon, Jr.
United States Attorney

*s/Zak Toomey (with consent)*
Zak Toomey (MO 61618)
Assistant U.S. Attorney
211 W. Fort St., Ste. 2001
Detroit, MI 48226
313-226-9617
zak.toomey@usdoj.gov

*Attorneys for Respondents*

2